IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JULIE SLAYTON, | ) | |
| Plaintiff, | ) | 8:04cv600 |
| v. | ) | |
| ASSET ACCEPTANCE, | ) | ORDER |
| Defendant. | ) | |

The Clerk's Office has requested that Document Number 59 be stricken and removed from the record for the following reason:

- A non-public PDF document inadvertently attached.

IT IS THEREFORE ORDERED that the Clerk's Office shall strike and remove Document Number 59 from the record. The party is directed to re-file the document.

DATED this 24th day of May, 2005.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge