# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **JULIE SLAYTON,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **8:04CV600** |
| vs. ) | |
| ) | **ORDER** |
| **ASSET ACCEPTANCE, L.L.C.,** ) | |
| ) | |
| **Defendant.** ) | |

A Rule 16 conference was held on May 26, 2005. Pamela Car and William Reinbrecht appeared on behalf of the plaintiff and Douglas Quinn appeared on behalf of the defendant. Oral argument was heard on the following motions:

- 28  Plaintiff's motion to disqualify defense counsel
- 31  Plaintiff's motion to compel answers to discovery
- 39  Defendant's objection to the motion to disqualify counsel
- 60  Defendant's motion to quash deposition notice and for protective order regarding the deposition of defense counsel, Douglas Quinn

During oral argument, Mr. Quinn requested permission to withdraw as defense counsel, advising the court that substitute counsel would be entering an appearance. Based on that representation, the oral motion to withdraw will be granted, and Filings 28 and 39 will be denied as moot.

Due to the anticipated substitution of counsel, plaintiff's attorneys agreed that it was no longer necessary for them to depose Mr. Quinn and sought permission to withdraw the notice of deposition. That permission was granted.

Counsel further agreed that defendant should be given until June 30, 2005 to respond to the pending Motion to Compel (Filing 31) due to the anticipated appearance of substitute counsel.

Finally, the parties agreed that the planning conference should be continued to August 25, 2005 at 1:30 p.m.

Accordingly,

**IT IS ORDERED:**

1. The oral motion of Douglas E. Quinn for leave to withdraw as defense counsel is granted. Mr. Quinn may file a notice of withdrawal after substitute counsel enters an appearance.

2. Plaintiff's motion to disqualify defense counsel (Filing 28) and defendant's Objection (Filing 39) are denied as moot.

3. Plaintiff's Notice of Deposition (Filing 57) is deemed withdrawn.

4. Defendant's motion to quash and for protective order (Filing 60) is denied as moot.

5. Defendant is given until June 30, 2005 to respond to plaintiff's pending Motion to Compel (Filing 31).

6. The parties' Rule 16 planning conference is continued to **August 25, 2005 at 1:30 p.m.**

**DATED May 26, 2005.**

        **BY THE COURT:**

        s/ **F.A. Gossett**
        **United States Magistrate Judge**