# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JULIE SLAYTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 8:04CV600 |
| vs. ) | |
| ) | ORDER |
| ASSET ACCEPTANCE, L.L.C., ) | |
| ) | |
| Defendant. ) | |

On May 26, 2005, because of a substitution of counsel, defendant was given until June 30, 2005 to respond to plaintiff's Motion to Compel (#31). Although defendant timely filed a Certificate of Service (#79) advising that a response was timely mailed to the plaintiff, the response has not been filed with the court. The court cannot rule on the motion until defendant's response is filed of record.

**IT IS ORDERED** that, on or before July 11, 2005, defendant shall electronically file its response to plaintiff's Motion to Compel (#31).

**DATED July 6, 2005.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**