# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **JULIE SLAYTON,** | ) |
| **Plaintiff,** | ) |
| vs. | ) 8:04CV600 |
| | ) ORDER |
| **ASSET ACCEPTANCE, L.L.C.,** | ) |
| **Defendant.** | ) |

**IT IS ORDERED** that Defendant's Motion for Reconsideration (#81) is granted, as follows:

1. On or before July 11, 2005, defendant shall file its response to plaintiff's Motion to Compel (#31).

2. Upon the representation that the response may contain confidential information, defendant is given leave to file the response under seal.

**DATED July 7, 2005.**

            BY THE COURT:

            s/ F.A. Gossett
            **United States Magistrate Judge**