## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JULIE SLAYTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 8:04CV600 |
| vs. ) | |
| ) | ORDER |
| ASSET ACCEPTANCE, L.L.C., ) | |
| ) | |
| Defendant. ) | |

Now pending before the court is plaintiff's MOTION FOR ATTORNEY FEES AND COSTS (#89) filed pursuant to the court's order (#88) granting plaintiff's Motion to Compel Discovery (#31). Noting defendant's response (#92), I find that plaintiff's motion should be granted.

The pending motion shows that counsel expended 5.42 hours in attempting to obtain discovery from the defendant in this instance. The court finds that counsel spent a reasonable amount of time on the motion to compel, and that the $200.00 hourly rate reflects a fair and reasonable charge for professional legal services in Nebraska by lawyers regularly employed to perform like services.

**IT THEREFORE IS ORDERED** that plaintiff's MOTION FOR ATTORNEY FEES AND COSTS (#89) is granted in its entirety, in the amount of $1,084.00, said amount to be paid tp plaintiff's attorney on or before the close of business on **September 15, 2005**.

**DATED August 30, 2005.**

                                                      **BY THE COURT:**

                                                      **s/ F.A. Gossett**
                                                      **United States Magistrate Judge**