### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **JULIE SLAYTON,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **8:04CV600** |
| vs. ) | |
| ) | **ORDER** |
| **ASSET ACCEPTANCE, L.L.C.,** ) | |
| ) | |
| **Defendant.** ) | |

THIS MATTER came before the Court this 10th day of November, 2005, upon the filing of the Unopposed Motion to Extend Deadlines for disclosure of experts and for the filing of Motions for summary judgment (Filing 103).

For good cause shown,

**IT IS ORDERED** that the Motion (Filing 103) is granted, as follows:

1. That the deadline for Plaintiff to designate an expert is extended from November 30, 2005 to January 30, 2006. The deadline for the defendant to designate a rebuttal expert is extended from December 30, 2005 to February 30, 2006.

2. The deadline for filing Motions for Summary Judgments is extended from February 17, 2006 to March 1, 2006.

3. No other deadlines set forth in the Final Progression Order (filing no. 97) are affected by this Order.

**DATED November 10, 2005.**

        **BY THE COURT:**

        s/ **F.A. Gossett**
        **United States Magistrate Judge**