IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **JULIE SLAYTON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | 8:04CV600 |
| vs. | ) | |
| | ) | ORDER |
| **ASSET ACCEPTANCE, L.L.C.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

    This matter is before the court on plaintiff's Unopposed Motion to Extend Deadlines for disclosure of experts and for the filing of motions for summary judgments (Filing 110). I find that the motion should be granted. Since this is a second extension of these deadlines, the trial date must be extended to allow the district court adequate time to rule on any motions for summary judgment. The trial will be continued from May 2, 2006 to **June 19, 2006**, and the final pretrial conference will be rescheduled from April 24, 2006 to **June 12, 2006 at 9:00 a.m.**

    **IT IS ORDERED** that plaintiff's motion (Filing 110) is granted, as follows:

    1.    The deadline for plaintiff to designate an expert is extended from January 30, 2006 to March 2, 2006. The deadline for the defendant to designate a rebuttal expert is extended from February 30, 2006 to April 2, 2006.

    2.    The deadline for filing Motions for Summary Judgment is extended from March 1, 2006 to March 15, 2006.

    3.    A jury trial is set to commence at **8:30 a.m. on June 19, 2006** in Omaha, Nebraska, before the Honorable Laurie Smith Camp.

    4.    The final pretrial conference is continued to **June 12, 2006 at 9:00 a.m.**

    **DATED January 30, 2006.**

                                         BY THE COURT:

                                         s/ F.A. Gossett
                                         **United States Magistrate Judge**