## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JULIE SLAYTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:04CV600 |
| vs. | ) | |
| | ) | ORDER |
| ASSET ACCEPTANCE, L.L.C., | ) | |
| | ) | |
| Defendant. | ) | |

THIS MATTER is before the Court on the Joint Stipulation (filing 112) and the Motion (filing 108) to Strike the Defendant's Second Affirmative Defense.

AND THE COURT, being fully advised in the premises, finds that said Motion (filing 108) and Stipulation (Filing 112) should be approved.

**IT IS ORDERED:**

1. Plaintiff's Motion (filing 108) is granted, and the Stipulation (filing 112) is approved;

2. Defendant's Second Affirmative Defense contained in paragraph 16 of the Defendant's Answer (filing No. 49) is deemed withdrawn and is stricken as of the date of this order.

**DATED February 22, 2006.**

　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　**s/ F.A. Gossett**
　　　　　　　　　　　　　　　　**United States Magistrate Judge**