IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JULIE SLAYTON, | ) | Case No. 8:04CV600 |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | **ORDER** |
| ASSET ACCEPTANCE, L.L.C., | ) ) | |
| Defendant. | ) | |

Upon notice of settlement given to the magistrate judge by Pam Car, counsel for Plaintiff,

**IT IS ORDERED:**

1. On or before **August 18, 2006,** the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to District Judge Laurie Smith Camp, at smithcamp@ned.uscourts.gov, a draft order which will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The final pretrial conference set for September 25, 2006, is cancelled upon the representation that this case is settled.

Dated this 19th day of July 2006.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge