IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JULIE SLAYTON, | ) | CASE NO. 8:04CV600 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | ORDER OF DISMISSAL |
| | ) | |
| ASSET ACCEPTANCE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is before the Court on the parties' Stipulation for Dismissal with Prejudice. The stipulation complies with the requirements of Fed. R. Civ. P. 41(a)(1)(ii). The stipulation is approved, and the relief requested therein shall be granted.

IT IS ORDERED:

1) The Stipulation for Dismissal with Prejudice (Filing No. 119) is approved, and the relief requested therein shall be granted;

2) The Amended Complaint and all claims in this matter are dismissed with prejudice;

3) The parties shall pay their own costs and attorney's fee.

DATED this 22nd day of August, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge